# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | |
|---|---|
| **STEAVY R. CLARK** | **CIVIL ACTION NO. 17-cv-1255** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CLECO POWER, LLC** | **MAG. JUDGE MARK L. HORNSBY** |

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and noting the absence of objections thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED** that Defendant Cleco's **Motion to Dismiss (Doc. 7)** is **granted** and that all claims against Defendant Cleco Power, LLC are **dismissed without prejudice** for failure to make timely service.

**Monroe**, **Louisiana**, this the 4th day of May, 2018.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**